IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 11-2005 |
| | ) | |
| vs. | ) | |
| | ) | |
| AUSTIN HANSEN, | ) | |
| aka Austin Hanson, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY AND FINAL ORDER OF FORFEITURE AND JUDGMENT

WHEREAS, on August 4, 2011, defendant pled guilty to Count 1 of the Indictment, for which the Government sought forfeiture pursuant to 21 U.S.C. § 853 in the form of a money judgment for $10,000, representing property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and/or property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation;

AND WHEREAS, as this forfeiture is a money judgment against Austin Hansen, and pursuant to Rules 32.2(b)(2) and 32.2(c)(1), no ancillary proceeding is required;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Federal Rule of Criminal Procedure 32.2 and Title 21, United States Code, Section 853(a)(1), the sum of ten thousand dollars ($10,000.00) in United States currency is hereby condemned and forfeited to the United States of America and all rights, title, and interest in such property are hereby forever removed, discharged, condemned, and forfeited to the United States of America and shall be disposed of according to law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Title 21, United States Code, Section 853, and Subdivision (b)(3) of Rule 32.2 of the Federal Rules of Criminal Procedure upon entry of this Preliminary and Final Order of Forfeiture and Judgment, the Court hereby authorizes the Attorney General or his designated representative to conduct discovery, to identify or locate the property subject to forfeiture, and to seize the property ordered forfeited upon such terms and conditions as set forth by the Court; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the United States Department of Justice, United States Marshals Service, shall dispose of any forfeited monies in accordance with law; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this judgment against Austin Hansen shall be recorded in the records of the County Recorder's Office in the county of the defendant's residence and any and all other counties in which the defendant has either real or personal property as a lien thereon in the amount of ten thousand dollars ($10,000.00); and

IT IS FURTHER ORDERED, ADJUDGED and DECREED upon the payment of the judgment in full, that the United States shall file a Satisfaction of Judgment with the District Court and the appropriate Recorder of the County in which any abstract of judgment has been filed; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Order is in continuing and full effect until payment of the ten thousand dollars ($10,000.00) is made in full.

DATED this 18 day of November, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA